IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE T. GENSLER,<br>JULIE L. GENSLER,<br>MICHIGAN BANKING CORPORATION d/b/a<br>MBANK, STATE OF WISCONSIN<br>DEPARTMENT OF REVENUE, and<br>ONEIDA COUNTY WISCONSIN,<br><br>Defendants. | Case No. 16-cv-763 |

**AMENDED FINAL JUDGMENT**

This matter comes before the Court upon the *United States' Motion for Entry of Final Judgment* and *Motion for Amended Judgment* against defendants Bruce Gensler, the State of Wisconsin Department of Revenue ("WDOR"), Michigan Banking Corporation, and Oneida County Wisconsin. Pursuant to the motions, it is hereby ORDERED that:

1. The United States' motions are granted.

2. Defendant Bruce Gensler was properly served with a summons and complaint.

3. Defendant WDOR received the complaint and executed a waiver of service of summons.

4. No answer or other defense has been filed by the above-referenced defendants and the time within which they may respond to the complaint has expired.

5. Bruce Gensler is over the age of 18, not incompetent, and not on active military duty.

1

6. The Clerk of the Court entered defaults against Bruce Gensler and WDOR.

7. Defendants Bruce Gensler and WDOR are in default and the United States is entitled to a default judgment in its favor and against them.

8. Default judgment is entered in favor of the United States and against Bruce Gensler for the unpaid balance of federal income taxes and statutory additions to tax for tax years 2005, 2006, 2007, and 2008 in the amount of $358,915.31 as of April 14, 2017, plus fees and statutory additions (including interest) accruing according to law from the assessment dates.

9. The United States' federal tax liens associated with Bruce Gensler's tax liabilities are valid and subsisting liens that attached to all property and rights to property of Bruce Gensler, including the real property located at 6181 Gensler Road, Three Lakes, Wisconsin 54562 (herein referred to as the "Property"), within this judicial district.

10. Defendant WDOR has no rights, claims, or interests in the Property or in the proceeds from its sale.

11. Count II of the Complaint, seeking an order enforcing the liens and directing the sale of the property, is hereby moot on account of a settlement involving the parties subject to this Final Judgment.

Approved as to form this 16TH day of NOVEMBER, 2017

JAMES D. PETERSON
District Judge

Peter Oppeneer
Clerk of Court

11/16/17
Date

2